IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| SIGNATURE FINANCIAL, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1:21-cv-633 |
| ) | |
| BUS4HIRE, LLC and RUMMAN ZAHEER, ) | |
| ) | |
| Defendant. ) | |

ORDER

On January 5, 2022, United States Magistrate Judge Theresa C. Buchanan entered the Report and Recommendation (the "Report") in this case, recommending that default judgment be entered in favor of Plaintiff Signature Financial, LLC and against Defendants Bus4Hire, LLC and Rumman Zaheer in this breach of contract case.

Upon consideration of the record and Judge Buchanan's Report, to which no objections have been filed, and having found no clear error,[1]

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Dkt. 16).

Accordingly,

It is hereby **ORDERED** that plaintiff's motion for default judgment (Dkt. 12) is **GRANTED IN PART AND DENIED IN PART**. The motion is granted with respect to Counts

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

I and II of the Complaint, which assert a breach of contract claim against Bus4Hire and a breach of guaranty claim against Zaheer, as discussed in the Report. The motion is denied with respect to Count III, which alleges claims in the alternative for quasi-contract, restitution, quantum meruit, and unjust enrichment.

It is further **ORDERED** that **DEFAULT JUDGMENT** be entered in favor of Plaintiff Signature Financial, LLC and against Defendants Bus4Hire, LLC and Rumman Zaheer

It is further **ORDERED** that default judgment is entered against Defendants, jointly and severally, and in favor of Plaintiff on Counts I and II of the Complaint in an amount of $289,176.55, which consists of (i) $269,044.56 in damages; and (ii) $20,131.99 in attorney's fees and costs.

It is further **ORDERED** that Counts III of the Complaint is **DISMISSED**.

The Clerk of the Court is directed to enter Rule 58 judgment against Defendants, jointly and severally, and in favor of Plaintiff on Counts I and II of the Complaint in an amount of $289,176.55, which consists of (i) $269,044.56 in damages; and (ii) $20,131.99 in attorney's fees and costs.

The Clerk is further directed to provide a copy of this Order to all counsel of record, to Defendants' last known addresses of record, and to place this matter among the ended causes.

Alexandria, Virginia
January 25, 2022

/s/
T. S. Ellis, III
United States District Judge